1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    MARCUS A. PRICE,                            Case No. 22-cv-03577-JSC

8                    Plaintiff,
                                                 **ORDER OF DISMISSAL**
9           v.

10   SAN FRANCISCO COURT,

11                   Defendant.

12          Petitioner, a California state inmate, has filed a petition for writ of habeas corpus pursuant

13   to 28 U.S.C. § 2254.

14          An application for a federal writ of habeas corpus filed by a prisoner who is in state

15   custody pursuant to a judgment of a state court may not be granted unless the prisoner has first

16   exhausted state judicial remedies, either by way of a direct appeal or in collateral proceedings, by

17   presenting the highest state court available with a fair opportunity to rule on the merits of each and

18   every issue he or she seeks to raise in federal court. *See* 28 U.S.C. §§ 2254(b),(c); *Granberry v.*

19   *Greer*, 481 U.S. 129, 133-34 (1987).  The petition states that Petitioner did not file an appeal from

20   his conviction or sentence, nor has he sought review in the California Supreme Court.  (ECF No. 1

21   at 5.)  Petitioner also states that the only petition, application, or motion he has filed is in the Napa

22   County Superior Court, and that appears to concern his medication in prison, not his conviction or

23   sentence.  (*Id.* at 6.)  Finally, Petitioner states that he has pursued administrative remedies (*id.*),

24   but he need not to do so to exhaust claims for federal habeas relief, which only requires exhaustion

25   of available state "court" remedies, *see* 28 U.S.C. §§ 2254(b)(1)(a),(b)(2).  It is therefore clear

26   from the face of the petition that Petitioner has not exhausted his state court remedies; nor has he

27   presented any exceptional circumstances to excuse his doing so.

28   //

United States District Court
Northern District of California

1    The petition is therefore DISMISSED without prejudice to refiling after available state

2    judicial remedies are exhausted. *Trimble v. City of Santa Rosa*, 49 F.3d 583, 586 (9th Cir. 1995)

3    (a dismissal solely for failure to exhaust is not a bar to returning to federal court after exhausting

4    available remedies in the state courts).

5        The clerk shall enter judgment and close the file.

6        **IT IS SO ORDERED.**

7    Dated: July 20, 2022

8

9    _____

10   JACQUELINE SCOTT CORLEY
     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2